UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY J. FRANKLIN,

    Defendant.

Case: 4:21-cr-20361
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 06-02-2021
INDI USA v. Anthony Franklin (tt)

**INDICTMENT**

FILED
JUN 02 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
**(18 U.S.C. §§ 922(g)(1))**

On or about March 4, 2021, in the Eastern District of Michigan, ANTHONY J. FRANKLIN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a Glock, Model 26, 9 mm caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
## (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One, ANTHONY J. FRANKLIN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense.

**THIS IS A TRUE BILL.**

Dated: June 2, 2021

s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney
MI State Bar P-73999
600 Church Street
Flint, Michigan 48502-1280

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

| Companion Case information MUST be completed by A | Case: 4:21-cr-20361 |
|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Judge: Leitman, Matthew F.<br>MJ: Ivy, Curtis<br>Filed: 06-02-2021<br>INDI USA v. Anthony Franklin (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co...

### Companion Case Information

| | Companion Case Number: 21-CR-20345 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☑ Yes   ☐ No | AUSA's Initials: JMD |

**FILED JUN 0 2 2021 U.S. DISTRICT COURT FLINT, MICHIGAN**

Case Title: USA v. ANTHONY J. FRANKLIN

County where offense occurred: GENESEE

Check One:   ☑ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no prior complaint.**
  X  Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30238 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 2, 2021
_____
Date

s/JULES M. DePORRE
_____
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013